# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION, DAYTON, OHIO

| | | |
|---|---|---|
| SHIRLEY SHEFFER, et al. | : | |
| | : | |
| Plaintiff, | : | Case No. 3:12-cv-238-WHR |
| | : | |
| v. | : | |
| | : | Judge Rice |
| NOVARTIS PHARMACEUTICALS CORP. | : | |
| | : | |
| Defendant. | : | |

## WITHDRAWAL OF MOTION TO QUASH OR MODIFY SUBPOENA

Now comes Victor Y. Kim, DDS, and hereby withdraws his Motion to Quash or Modify Subpoena, the parties having worked out an arrangement for his testimony.

Respectfully submitted,

/s/ Konrad Kircher
Konrad Kircher (0059249)
Ryan J. McGraw (0089436)
KIRCHER LAW OFFICE, LLC
4824 Socialville-Foster Road
Mason, OH 45040
513/229-7996
Fax: 513/229-7995
Attorneys for Movant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served via the Court's electronic filing system upon all counsel of record this 23rd day of June, 2014.

/s/ Konrad Kircher
Konrad Kircher (0059249)